## *September* Term, 1782.

(p. 36.)

### The STATE *againft* EDMUND BAINBRIDGE.

*On* Habeas Corpus *of Negro* Nelly.

IT appearing to the Court, and the faid *Edmund Bainbridge* conceding, that the faid Negro Nelly was formerly the Property of Edmund Bainbridge, the elder, of Maidenhead, deceafed, who let his Daughter Abigail,

late the Wife of Thomas Biles, of Bucks County in Penn-
fylvania, deceafed, gave her when very young; that
many Years afterwards he made his Will and bequeathed
her to his faid Daughter Abigail, during the Life of his
faid Daughter, and to her Iſſue, and did further order,
that if ſhe ſhould die childleſs, then the faid Negro Nel-
ly ſhould be fold, and the Money appropriated as menti-
oned in his faid Will; that the faid Abigail Biles who
furvived her Hufband and her Father, did by her Will
dated 30th April 1779, fet forth and declare, that the
faid Negro Nelly had by her faid Father been prefented
to her on a New-Year's Day, when ſhe was a Child, and
therefore, both from that Gift and from bringing her up,
ſhe had a better Right to difpofe of her than any other
Perſon, and did therein order and direct, that the faid
Negro Nelly ſhould be manumitted and fet free, a thing
which ſhe had very much at Heart; that the faid Negro
Nelly reſided in the State of Pennſylvania at the Time
of the paſſing of the Act for the gradual Abolition of Sla-
very, 1ſt March, 1780, and until the firſt of November in
the fame Year, the Term and Period allowed and fixed
in the faid Act for regiſtering Slaves and for fome Time
afterwards; that ſhe was not regiſtered as the faid Act
requires, and that ſhe is not within the Exceptions ſpeci-
fied therein.

The Court having fully confidered the Premifes, *are
unanimouſly of Opinion*, That the Manumiſſion of the faid
Negro Nelly by the faid Abigail Biles, Daughter of the
aforefaid Edmund Bainbridge, is good in Law againſt
all Perſons claiming under either of them; the faid Ed-
mund Bainbridge, having given her to his faid Daugh-
ter, when ſhe the faid Negro Nelly was a Child, and his
faid Daughter having directed by her Will that ſhe ſhould
be manumitted; and further that the faid Negro Nelly,
not having been regiſtered as the above mentioned Act of
the State of Pennſylvania requires, and therefore enti-
tled to Freedom in that State, is not by Law put in a
worfe Situation here: It is therefore *Ordered*, That the
faid Negro Nelly be difcharged and fet at Liberty from
the faid Edmund Bainbridge. On Motion of Mr. *Morris*
for Mr. *Houſton*.